United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MCGUIRE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 12-cv-00807-EJD   (PSG) <br><br> **ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I hereby recuse myself from hearing or determining any matters in the above case. The Clerk of Court shall remove the undersigned as referral judge and reassign the referred matters in this case to another Magistrate Judge.

**IT IS SO ORDERED.**

Dated: 2/4/2016

_____
PAUL SINGH GREWAL
United States Magistrate Judge